UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___US___,
                          Plaintiff(s),

v.

___Destiny Bishop___
                          Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

_19 CR 420_ (VB)

DOC #: _____
DATE FILED: 2/16/21

   **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference                    ___ Final pretrial conference

✓ Telephone conference (OSR)             ___ Jury selection and trial

___ Pre-motion conference                ___ Bench trial

___ Settlement conference                ___ Suppression hearing

___ Oral argument                        ___ Plea hearing

___ Bench ruling on motion               ___ Sentencing

on __4-30-__, 20_21_, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _2/18/21_

   All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __2/16/__, 20_21_
White Plains, NY

Call in Information

888-363-4749

Access Code 1703567

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge