UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                                       **ORDER**

DESTINY BISHOP,                                              19 CR 420 (VB)
          Defendant.
--------------------------------------------------------x

      A status conference in this matter is scheduled for April 30, 2021, at 2:30 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone, provided that defendant waives her right to be physically present and consents to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

      1. By April 23, 2021, defense counsel shall advise the Court in writing as to whether her client waives her right to be physically present and consents to appear by telephone.

      2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**  (888) 363-4749 (toll free) or (215) 446-3662
      **Access Code:**     1703567

Dated: March 18, 2021
      White Plains, NY

                                       SO ORDERED:

                                       Vincent L. Briccetti
                                       United States District Judge