UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                               : **ORDER**

v.                                          :
                                               : 19 CR 420 (VB)

DESTINY BISHOP,                 :
          Defendant.           :
------------------------------------------------------------x

       **The sentencing in this violation of supervised release matter is scheduled for August 18, 2021, at 3:30 p.m.**

       Accordingly, it is hereby ORDERED:

       1.    The sentencing will be conducted through Microsoft Teams. In advance of the sentencing, Chambers will email all counsel with further information on how to access the hearing. Those participating by video will click on the link or calendar invite to be provided by Chambers. Only the Court, the defendant, defense counsel, and counsel for the government will appear by video for the proceeding; all others will participate by telephone. Only one counsel per party may participate by video. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 148 878 033#**.

       2.    To optimize use of the Court's videoconferencing technology, all participants appearing by video must:

          a.    Use a web browser other than Microsoft Explorer to access Microsoft Teams;

          b.    Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the WiFi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

          c.    Minimize the number of others using the same WiFi router during the conference.

1

3. If Microsoft Teams does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 363-4749 (toll free) or (215) 446-3662** and use Access Code **1703567**. (Members of the press and public may call the same number but will not be permitted to speak during the conference.)

Dated: May 3, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge