**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown



August 9, 2021

VIA E-mail and ECF

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Destiny Bishop
            19 Cr. 420 (VLB)

Dear Judge Briccetti:

    I am writing in regard to Destiny Bishop's upcoming sentencing, which is scheduled to take place on August 18, 2021. I have spoken to Ms. Bishop and she consents to proceeding remotely. I have attached a consent form, which she authorized me to sign on her behalf.

    Logistically, Ms. Bishop does not have a computer and will have difficulty accessing Microsoft Teams. Because of this, I ask that Your Honor please allow Ms. Bishop to call into the August 18th proceeding.

    Thank you for your consideration.

                                      Respectfully Submitted,

                                      Benjamin Gold
                                      Assistant Federal Defender

cc:    A.U.S.A. Marcia Sue Cohen

---

*Handwritten note from Judge:*
Application granted!
So Ordered:
[signature]
USDJ  8-9-21