UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Destiny Bishop

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

19CR 420 (VB)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via
☒ ~~videoconferencing~~ or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     VOSR Sentencing

*Destiny Bishop*
_____
Defendant's Signature
(~~Judge may obtain verbal consent on Record and Sign for Defendant~~)

(During a telephone call on August 7, 2021, Ms. Bishop authorized Benjamin Gold to affix her electronic signature to this form).

*Ben G*
_____
Defendant's Counsel's Signature

Destiny Bishop
_____
Print Defendant's Name

Benjamin Gold
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/18/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge