UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Destiny Bishop

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

Defendant hereby voluntarily consents to participate in the following proceeding via ☒ ~~videoconferencing~~ *teleconferencing* or ☒ teleconferencing:

10/20/21

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ ~~VOSR~~ Violation of Probation Sentencing

_____
Destiny Bishop (by VB)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Destiny Bishop
Print Defendant's Name

(During a telephone call on October 15, 2021, Ms. Bishop authorized Benjamin Gold to affix her electronic signature on this form)

_____
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/20/21
Date

_____
U.S. District Judge ~~/U.S. Magistrate Judge~~